UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

       VS                                 CASE NO.  3:02-CR-43-01/LAC

DAVID W. COLLETTE

**FINANCIAL REFERRAL AND ORDER**

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____David Collette___ (Payee)
Address:   4005 ½ Loveland Street
              Metairie, LA 70002

Receipt Number _300-112910_

Date of Receipt _3/6/06_

Motion: N/A

Explanation: A review of the payment records for Mr. Collette indicates an overpayment of $40.00. According to the court dockets and financial records, Mr. Collette does not owe any additional money and should be reimbursed $40.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: __s/Philip Detweiler_____
               Philip Detweiler, Financial Specialist        Date:  April 5, 2006

Referred by: _____, Deputy Clerk

**ORDER OF COURT**

It is ORDERED this 5th day of April, 2006, that the Clerk refund the identified funds to the payee.

APPROVED__XX_____

DENIED_____                        s/*L.A. Collier*_____
                                                      LACEY A. COLLIER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99